Glenn R. Kantor – SBN 122643
 E-mail: gkantor@kantorlaw.net
Stacy Monahan Tucker – SBN 218942
 E-mail: stucker@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff and Cross-defendant,
GE REALPROP, LP; GEORGE KALMAN;
and ELEANOR KALMAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GE REALPROP, LP; GEORGE KALMAN; and ELEANOR KALMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>SENECA INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 2:20-CV-04430-DMG-SK<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL RULE 26 CONFERENCE**<br><br>Date: February 12, 2021<br>Time: 9:30 a.m.<br>Courtroom: 8C, 8th Floor<br>Judge: Honorable Dolly M. Gee<br><br>Action Filed: May 15, 2020<br>Trial: Not Set |
|---|---|

TO DEFENDANT SENECA INSURANCE COMPANY, INC. AND ITS COUNSEL OF RECORD, AND THE CLERK OF COURT:

PLEASE TAKE NOTICE that on February 12, 2021, at 9:30 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at First Street Courthouse, Courtroom 8C, 8th Floor, 350 West 1st Street, Los Angeles, CA 90012, Plaintiffs GE RealProp, Inc., George Kalman and Eleanor Kalman will, and hereby do, move this Court pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f) for an order compelling Defendant Seneca Insurance Company, Inc. to participate in a Rule 26 conference to enable the parties to move forward with discovery and enable Plaintiffs to prosecute their litigation.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place January 4, 2021.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Stacy Monahan Tucker and attached exhibits, the Proposed Order, the pleadings on file, and on such other and further matters as may be presented to the Court at the hearing on this Motion.

DATED: January 11, 2021                KANTOR & KANTOR, LLP

                                       By:   /s/ Stacy M. Tucker
                                             GLENN R. KANTOR
                                             STACY M. TUCKER
                                             Attorneys for Plaintiffs
                                             GE REALPROP, LP; GEORGE
                                             KALMAN; and ELEANOR KALMAN