**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GE REALPROP, LP; GEORGE KALMAN; and ELEANOR KALMAN<br><br>Plaintiffs,<br><br>vs.<br><br>SENECA INSURANCE COMPANY,<br><br>Defendant. | CASE NO.: CV 20-4430-DMG (SKx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND WITHOUT COSTS [50]** |

WHEREAS Plaintiffs GE REALPROP LP, GEORGE KALMAN and ELEANOR KALMAN (collectively, "Plaintiffs") and Defendant SENECA INSURANCE COMPANY, INC. ("Seneca") have stipulated that this entire lawsuit shall be dismissed with prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The above-captioned action is dismissed with prejudice in its entirety.

2. Plaintiffs and Seneca each shall bear their own attorneys' fees and costs with respect to this action.

3. All scheduled dates and deadlines are VACATED.

DATED: March 7, 2022                           _____
                                                DOLLY M. GEE
                                                UNITED STATES DISTRICT JUDGE